RAMAPO MANUFACTURING COMPANY, Respondent, *v.* JULIA P. MAPES, Appellant.

Reported below, 159 App. Div. 916.
(Argued June 1, 1914; decided June 9, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 17, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action of ejectment.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that the exceptions were frivolous and presented no questions of law for review and that the appeal was taken solely for purposes of delay.

*John F. McFarlane* for motion.

*Eli J. Blair* opposed.

Motion denied, with ten dollars costs.